FRANCES A. HESS et al., Appellants, *v.* THE WASHINGTON FIRE
      AND MARINE INSURANCE COMPANY, Respondent.

(Argued January 30, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made at the June term, 1890, which affirmed a judgment in
favor of defendant entered upon the report of a referee.

*George F. Yeoman* for appellants.

*William Nathaniel Cogswell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

BRIDGET McCOY, as Administratrix, etc., Appellant, *v.* THE
      EMPIRE WAREHOUSE COMPANY, Respondent.

(Argued January 30, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made May 26, 1890,
which affirmed a judgment in favor of defendant entered upon
a decision of the court on trial at Circuit.

*Patrick Keady* for appellant.

*John Notman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.